# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1533**

**CA 09-00632**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF THE APPLICATION OF DONALD L.L.,
PETITIONER-APPELLANT, FOR THE APPOINTMENT OF A
GUARDIAN OF THE PERSON AND PROPERTY OF JESSIE
D.L., AN ALLEGED INCAPACITATED PERSON.

----------------------------------------------------

ROBERT J. MICELI, RESPONDENT.                                                    ORDER
(APPEAL NO. 1.)

----------------------------------------------------

IN THE MATTER OF THE APPLICATION OF DONALD L.L.,
PETITIONER-APPELLANT, FOR THE APPOINTMENT OF A
GUARDIAN OF THE PERSON AND PROPERTY OF JESSIE
D.L., AN ALLEGED INCAPACITATED PERSON.

----------------------------------------------------

ROBERT J. MICELI, RESPONDENT.
(APPEAL NO. 2.)

----------------------------------------------------

ROBERT J. MICELI, AS GUARDIAN OF THE PERSON AND
PROPERTY OF JESSIE D.L., PLAINTIFF-RESPONDENT,

                              V

DONALD L.L. AND PATRICIA FITZGERALD,
DEFENDANTS-APPELLANTS.
(APPEAL NO. 3.)

---

FRANK A. ALOI, ROCHESTER, FOR PETITIONER-APPELLANT AND DEFENDANTS-
APPELLANTS.

LAW OFFICES OF RICHARD A. KROLL, ROCHESTER (RICHARD A. KROLL OF
COUNSEL), PARKER LAW OFFICE, PLLC, FOR RESPONDENT AND PLAINTIFF-
RESPONDENT.

---

　　　　Appeal from an order and judgment (one paper) of the Supreme
Court, Monroe County (David Michael Barry, J.), entered July 24, 2008.
The order and judgment granted the incapacitated person a money
judgment against petitioner.

　　　　It is hereby ORDERED that the order and judgment so appealed from
is unanimously affirmed with costs.

Entered:  February 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court